UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

MAMADOU DOUCOURE,

           Plaintiff,

   - against -                   ORDER

MATLYN FOODS, INC., et al,       CV 10-2698 (FB)(MDG)

           Defendants.

- - - - - - - - - - - - - - - - - -X

    In a letter delivered to the Court on August 27, 2010 (ct. doc. 10), petitioner Mahamadou Keita states on behalf of himself and petitioner Mamadou Doucoure that they do not oppose the Motion to Withdraw as Attorney for Petitioners filed by their attorney, Diane McFadin, Esq.  However, they seek additional time to respond to the letter filed by defendant Matlyn Foods, Inc. (ct. doc. 7) requesting a pre-motion conference to discuss a contemplated motion to dismiss.  Since there is no indication that petitioners' counsel will be filing a response to the defendant's pre-motion letter pending determination of her motion to withdraw, the Court extends the time for petitioners to respond to defendant's letter to October 15, 2010.

    Because the petitioners apparently consent to the motion of their attorney to withdraw, this Court cancels the hearing scheduled for October 5, 2010 and vacates that part of its prior order requiring the petitioners' counsel to give a more detailed explanation of their reason for withdrawal.  However, counsel

must still file a supplemental submission by September 8, 2010 to advise whether the firm seeks to assert a charging or retaining lien on its files in this matter. If petitioners wish to do so, they may file a response to counsel's supplemental submission by September 22, 2010. In any event, they should provide an address for contacting Mr. Doucoure and provide telephone numbers where they can be reached during business hours.

**SO ORDERED.**

Dated:     Brooklyn, New York
           August 30, 2010

                                              s/Hon. Marilyn D. Go
                                        _____
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE


Copy mailed to:

Mohammed Keita
33-31 98th Street
Corona, NY  11368